1  DAVID M. GIVEN (State Bar No. 142375)
   FEATHER D. BARON (State Bar No. 252489)
2  PHILLIPS, ERLEWINE & GIVEN LLP
   50 California Street, 35th Floor
3  San Francisco, California 94111
   Telephone: (415) 398-0900
4  Facsimile: (415) 398-0911

5  Attorneys for Plaintiff

              UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

LUCASFILM LTD., a California corporation,   CASE NO.: C 08 0182

              Plaintiff,

   vs.                                       CERTIFICATE OF
                                             INTERESTED ENTITIES OR
GEN CON LLC, a Washington limited            PERSONS
liability company,

              Defendant.

   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter of the controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: George Lucas, who has a financial interest in plaintiff LUCASFILM LTD.

DATED: January 10, 2008                    PHILLIPS, ERLEWINE & GIVEN LLP

                                           By: _____
                                               David M. Given
                                               Attorneys for Plaintiff

PHILLIPS, ERLEWINE
& GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS -- Case No.
S:\Clients\Lucasfilm\8337.2 (Gen Con)\pld\dmg-cert-interested-parties-010808