| Attorney or Party without Attorney:<br>David M. Given (#142375)<br>PHILLIPS, ERLEWINE & GIVEN LLP<br>50 California Street, 35th Floor<br>San Francisco, CA 94111<br>Attorney for: Plaintiff | Telephone<br>(415) 398-0900 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Lucasfilm LTD v. Gen Con LLC | | |
| PROOF OF SERVICE | | Case Number: C 08 0182 EMC |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: Gen Con LLC
   b. Person Served: Becky DeGeorge, Authorized to Accept Service on Behalf

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: January 11, 2008
   (2) TIME: 2:29pm
   (3) ADDRESS: CSC-Lawyers Incorporating Service
            2730 Gateway Oaks Drive, Suite 100
            Sacramento, CA 95833

4. Witness fees were not demanded or paid.

   Fee for Service: $295.00

Person Serving: J. Marshall
Registered California Process Server
County: Sacramento   Registration #: 98-61

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: January 14, 2008   Signature: _____

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Case No. C 08 0182 EMC

1. SUMMONS IN A CIVIL CASE;
2. COMPLAINT FOR DAMAGES;
3. CIVIL COVER SHEET;
4. CERTIFICATE OF INTERESTED ENTITIES OR PERSONS;
5. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
6. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;
7. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [BLANK];
8. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE [BLANK];
9. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;
10. STANDING ORDER FOR UNITED STATES MIAGISTRATE JUDGE EDWARD M. CHEN;
11. ECF REGISTRATION INFORMATION HANDOUT;
12. UNITED STATES DISTRICT COURT FILING GUIDELINES;
13. DROP BOX FILING PROCEEDURES