1  DAVID M. GIVEN (State Bar No. 142375)
   FEATHER D. BARON (State Bar No. 252489)
2  PHILLIPS, ERLEWINE & GIVEN LLP
   50 California Street, 35th Floor
3  San Francisco, California 94111
   Telephone: (415) 398-0900
4  Facsimile: (415) 398-0911

5  Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 LUCASFILM LTD., a California corporation,  )    CASE NO.: C-08-0182-EMC
                                              )
11                Plaintiff,                   )
                                              )
12 vs.                                         )    **PLAINTIFF'S NOTICE OF**
                                              )    **DEFENDANT'S CHAPTER 11**
13 GEN CON LLC, a Washington limited           )    **BANKRUPTCY PETITION**
   liability company,                          )
14                                             )
                  Defendant.                   )
15                                             )
   _____        )

16

17       TO THE HONORABLE EDWARD M. CHEN, MAGISTRATE JUDGE:

18       PLEASE TAKE NOTICE that defendant GEN CON LLC filed a voluntary

19 Chapter 11 bankruptcy petition on February 15, 2008 at 2:48 p.m. in the Western District

20 of Washington. The bankruptcy case number is 08-10844-TTG.  See attached hereto as

21 Exhibit "A" a copy of the Notice of Bankruptcy Case Filing received by this office.

22       This pleading is filed in lieu of a Reply to defendant's Counterclaim.  Plaintiff

23 reserves its right to file such Reply in the event that the automatic stay under the

24 Bankruptcy Code is lifted.

25 DATED:  February 20, 2008                    PHILLIPS, ERLEWINE & GIVEN LLP

26

27                                             By:
                                                   David M. Given
28                                                 Attorneys for Plaintiff

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street, 35th Floor
San Francisco, CA 94111
(415) 398-0900

PLTF.'S NOT. OF DEF.'S CH. 11 BKRPTCY PET. -- Case No. C-08-0182-EMC
S:\Clients\Lucasfilm\8337.2 (Gen Con)\pld\dmg-notice-GenCon-bankruptcy-021908

United States Bankruptcy Court
Western District of Washington



## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11
of the United States Bankruptcy Code, entered on 02/15/2008 at 2:48 PM and filed on
02/15/2008.

**Gen Con LLC**
120 Lakeside Ave #100
Seattle, WA 98122
Tax id: 75-3056980

The case was filed by the debtor's attorney:

**Shelly Crocker**
Crocker Kuno LLC
720 Olive Wy Ste 1000
Seattle, WA 98101
206-624-9894

The case was assigned case number 08-10844.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.wawb.uscourts.gov/ or at the Clerk's Office, 700 Stewart St, Room 6301, Seattle, WA 98101 or 1717 Pacific Avenue, Suite 2100, Tacoma, WA 98402.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Mark L. Hatcher**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 02/15/2008 14:49:58 | | |
| PACER Login: | ck0056 | Client Code: | Gen Con |
| Description: | Notice of Filing | Search Criteria: | 08-10844 |
| Billable Pages: | 1 | Cost: | 0.08 |