**United States District Court**
For the Northern District of California

1
2
3
4
5      UNITED STATES DISTRICT COURT
6      NORTHERN DISTRICT OF CALIFORNIA
7
8  LUCASFILM LTD., etc.,                         Case No. C08-0182 EMC
9           Plaintiff,
10     v.                                         **CLERK'S NOTICE**
11 GEN CON LLC, etc.,
12
13         Defendant.
   _____/
14
15 TO ALL PARTIES AND COUNSEL OF RECORD:
16     YOU ARE NOTIFIED THAT the Case Management Conference has been rescheduled from
17 April 16, 2008 at 1:30 p.m. to **July 16, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen
18 in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.   A joint
19
20 Case Management Conference Statement shall be filed by July 9, 2008.
21
22 Dated: April 4, 2008
23                                               FOR THE COURT,
24                                               Richard W. Wieking, Clerk
25
26                                         by: _____
27                                               Betty Fong
                                                 Courtroom Deputy
28