1  DAVID M. GIVEN (State Bar No. 142375)
   FEATHER D. BARON (State Bar No. 252489)
2  PHILLIPS, ERLEWINE & GIVEN LLP
   50 California Street, 35th Floor
3  San Francisco, California 94111
   Telephone: (415) 398-0900
4  Facsimile: (415) 398-0911
   dmg@phillaw.com
5  fdb@phillaw.com

6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  LUCASFILM LTD., a California corporation, )      CASE NO.: C-08-0182-EMC
                                             )
12              Plaintiff,                    )
                                             )
13  vs.                                       )      NOTICE OF CHANGE OF
                                             )      ADDRESS
14  GEN CON LLC, a Washington limited         )
    liability company; PETER ADKISON, an      )
15  individual,                               )
                                             )
16              Defendants.                   )
                                             )
17                                            )
                                             )
18  _____ )

19          Pursuant to Civil L.R. 3-11(a), plaintiff's counsel, the undersigned here, hereby

20  notifies the Court of a change of address, effective immediately.  Counsel's new address

21  is 50 California Street, 35th Floor, San Francisco, CA  94111.

22

23  DATED:  June 27, 2008              PHILLIPS, ERLEWINE & GIVEN LLP

24

25                                     By: _____
                                           Feather D. Baron
26                                         Attorneys for Plaintiff

27

28

PHILLIPS, ERLEWINE
GIVEN LLP
California Street
* Floor
n Francisco, CA 94111
(5) 398-0900

NTC OF CHANGE OF ADDRESS -- Case No. C-08-0182-EMC
S:\Clients\Lucasfilm\8337.2 (Gen Con)\pld\dmg-ntc-change-address-062608