DAVID M. GIVEN (State Bar No. 142375)
FEATHER D. BARON (State Bar No. 252489)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911
dmg@phillaw.com
fdb@phillaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCASFILM LTD., a California corporation, | CASE NO.: C-08-0182-EMC |
| Plaintiff, | |
| vs. | **PLAINTIFF'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| GEN CON LLC, a Washington limited liability company, | |
| Defendant. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE:

   In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have United States Magistrate Judge Edward M. Chen conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

PLAINTIFF'S CONSENT TO PROCEED BEFORE U.S. MAGISTRATE JUDGE-- Case No.C-08-0182-EMC
S:\Clients\Lucasfilm\8337.2 (Gen Con)\pld\fdb-consent-magistrate-070908.wpd

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED:  July 9, 2008

PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
        Feather D. Baron
        Attorneys for Plaintiff

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

PLAINTIFF'S CONSENT TO PROCEED BEFORE U.S. MAGISTRATE JUDGE-- Case No.C-08-0182-EMC
S:\Clients\Lucasfilm\8337.2 (Gen Con)\pld\fdb-consent-magistrate-070908.wpd