# PHILLIPS, ERLEWINE & GIVEN LLP

ATTORNEYS AT LAW
50 CALIFORNIA STREET, 35TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 398-0900
FAX (415) 398-0911
WWW.PHILLAW.COM

FEATHER D. BARON
fdb@phillaw.com

July 7, 2008

Magistrate Judge Edward M. Chen
450 Golden Gate Avenue
Courtroom C, 15th Floor
San Francisco, CA  94102

> **Re:**    **Lucasfilm Ltd. v. Gen Con LLC**
> **Case No. C-08-0182-EMC**

Dear Judge Chen:

Plaintiff's counsel respectfully requests the Court continue the Case Management Conference in this action to Wednesday, November 19, 2008 at 1:30 p.m. and the last day to file/serve a Case Management statement to Wednesday, November 12, 2008.

Defendant Gen Con, LLC ("Gen Con") filed a voluntary Chapter 11 bankruptcy petition on February 15, 2008 in the Western District of Washington, automatically staying this action pursuant to 11 U.S.C. § 362. The Case Management Conference is currently set for July 16, 2008 at 1:30 p.m. Gen Con's bankruptcy case remains pending in the Western District of Washington.

Consistent with the provisions of 11 U.S.C. § 362, plaintiff's counsel believes this Case Management Conference should be continued to a date after Gen Con's bankruptcy case is closed or dismissed, or until discharge is granted or denied.

Respectfully submitted,

Feather D. Baron

FDB:

cc:    Andrew Goodman, Esq.
Client

S:\Clients\Lucasfilm\8337 2 (Gen Con)\ltr\fdb-judge-chen-070708.wpd

IT IS SO ORDERED that the Case Management Conference is reset from 7/16/08 at 1:30 p.m. to 11/19/08 at 1:30 p.m. A Joint CMC statement is due 11/12/08. Plaintiff to serve defendant with a copy of this order

EDWARD M. CHEN
U.S. MAGISTRATE JUDGE
Date: July 11, 2008