DAVID M. GIVEN (State Bar No. 142375)
FEATHER D. BARON (State Bar No. 252489)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCASFILM LTD., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>GEN CON LLC, a Washington limited liability company,<br><br>    Defendant. | CASE NO.: C-08-0182-EMC<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE** |

The parties, through their respective counsel, hereby stipulate to the dismissal of this action without prejudice with reference to the following facts:

1. Defendant Gen Con, LLC ("Gen Con") filed a voluntary Chapter 11 bankruptcy petition on February 15, 2008 in the Western District of Washington, thereby automatically staying this action pursuant to 11 U.S.C. § 362.

2. On October 17, 2007, Gen Con filed its proposed Disclosure Statement and Chapter 11 Plan of Reorganization. Hearings to consider their approval are set for November 21, 2008 and January 9, 2009 respectively.

3. The parties expect to resolve any dispute between them with respect to the claims made in this action in Gen Con's bankruptcy proceeding.

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street, 35th Floor
San Francisco, CA 94111
(415) 398-0900

STIP. DIMISS W/O PREJUDICE. -- Case No. C-08-0182-EMC
S:\Clients\Lucasfilm\8337.2 (Gen Con)\pld\fdb-stip-dismiss-110608.wpd

ACCORDINGLY, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

DATED: November 11, 2008          PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
    David M. Given
    Attorneys for Plaintiff

DATED: November 11, 2008          LAW OFFICES OF ANDREW GOODMAN

By: _____
    Andrew Goodman
    Attorneys for Defendant

PHILLIPS, ERLEWINE
& GIVEN LLP
50 California Street, 35th Floor
San Francisco, CA 94111
(415) 398-0900

STIP. DIMISS W/O PREJUDICE. -- Case No. C-08-0182-EMC
S:\Clients\Lucasfilm\8337.2 (Gen Con)\pld\fdb-stip-dismiss-110608.wpd

2

ACCORDINGLY, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

DATED: November 11, 2008       PHILLIPS, ERLEWINE & GIVEN LLP


By: _____
David M. Given
Attorneys for Plaintiff


DATED: November 11, 2008       LAW OFFICES OF ANDREW GOODMAN


By: _____
Andrew Goodman
Attorneys for Defendant


IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, CA 94111
(415) 398-0900

STIP. DIMISS W/O PREJUDICE. -- Case No. C-08-0182-EMC
S:\Clients\Lucasfilm\#337.2 (Gen Con)\pld\db-stip-dismiss-110608.wpd

2